HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URANIA G. CAMPOS, | ) Case No:  3:13-cv-4950 EMC |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of sixty days up through and including Tuesday, May 13, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before June 10, 2014.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND ORDER

All deadlines will be extended accordingly.

                                              MELINDA L. HAAG
                                              United States Attorney

Dated: March 13, 2014                              /s/
                                              ASIM H. MODI
                                              Special Assistant U.S. Attorney
                                              Social Security Administration
                                              Attorney for the Defendant

Dated: March 13, 20914                            /s/
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff
                                              URANIA G. CAMPOS

IT IS SO ORDERED.

Dated:  3/17/14

                                              HON. EDWARD M. CHEN
                                              United States District Judge

*GRANTED — Judge Edward M. Chen*

2

STIPULATION AND ORDER