HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URANIA G. CAMPOS, ) | No.: 3:13-cv-4950 EMC |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER FOR |
| ) | DISMISSAL |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, Social Security ) | |
| Administration, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

///

//

/

1
STIPULATION AND ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |

Dated: May 9, 2014                    /s/
                                      ASIM H. MODI
                                      Special Assistant U.S. Attorney
                                      Social Security Administration
                                      Attorney for the Defendant


Dated:  May 9, 2014                   /s/
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff
                                      URANIA G. CAMPOS


IT IS SO ORDERED.


Dated: May 12, 2014

IT IS SO ORDERED
Judge Edward M. Chen

2
STIPULATION AND ORDER FOR DISMISSAL